1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant GUTHRIE

**FILED**

DEC 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-00852 HRL |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING DATE |
| vs. | ) |
| ROBERT PRESTON GUTHRIE, | ) |
| Defendant. | ) |

## STIPULATION

Defendant Robert Preston Guthrie, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel R. Kaleba, hereby stipulate that, subject to the Court's approval, the status hearing currently set for Thursday, December 30, 2010, at 9:30 a.m., be continued to Thursday, January 27, 2011, at 1:30 p.m.

The reason for the requested continuance is to permit the defense additional time to conduct further investigation and to allow the parties to confer about a possible disposition.

//

//

Stipulation and [Proposed] Order
No. CR 10-00852 HRL                                1

1  IT IS SO STIPULATED.

2

3  Date:

4
          BARRY J. PORTMAN
5           Federal Public Defender

6
          _____/s/_____
7           VARELL L. FULLER
          Assistant Federal Public Defender
8

9 Date:

10
          MELINDA HAAG
11           United States Attorney

12
          _____/s/_____
13           DANIEL R. KALEBA
          Assistant United States Attorney
14

15

16           [Proposed] **ORDER**

17     GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

18 ORDERED that the status hearing, currently set for Thursday, December 30, 2010, at 9:30 a.m.,

19 shall be continued to Thursday, January 27, 2011, at 1:30 p.m.

20     IT IS SO ORDERED.

21 Date: 12/29/10

22

23

24           THE HONORABLE TIMOTHY J. BOMMER
          United States Magistrate Judge
25

26

Stipulation and [Proposed] Order
No. CR 10-00852 HRL           2